**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6780**

---

FREDDY LUDWIG WAMBACH,

                              Petitioner - Appellant,

        versus

ROBERT SMITH,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-00-301-1)

---

Submitted:  July 27, 2000            Decided:  August 7, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Freddy L. Wambach, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddy Ludwig Wambach appeals the district court's order accepting a magistrate judge's recommendation to dismiss his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Wambach v. Smith, No. CA-00-301-1 (M.D.N.C. May 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2